# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED AUGUST 21, 2013

## NO. 03-12-00552-CV

**Texas Commission on Environmental Quality and
Las Brisas Energy Center, LLC, Appellants**

**v.**

**Environmental Defense Fund, Inc.; Texas Clean Air Cities Coalition;
Sierra Club; and Clean Economy Coalition, Appellees**

### APPEAL FROM 261ST DISTRICT COURT OF TRAVIS COUNTY
### BEFORE JUSTICES PURYEAR, ROSE AND GOODWIN
### DISMISSED ON APPELLANTS' MOTION -- OPINION BY JUSTICE PURYEAR

**THIS DAY** came on to be submitted to this Court appellants' motions to dismiss the appeal in the above cause, and the Court having fully considered said motions, and being of the opinion that same should be granted: **IT IS THEREFORE** considered, adjudged and ordered that said motions are granted, and that the appeal is dismissed. It is **FURTHER** ordered that the appellants pay all costs relating to this appeal, both in this Court and the court below; and that this decision be certified below for observance.